UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>JOEY JOSE LOPEZ,<br><br>　　　　　　　　Defendant. | 4:24-CR-06033-RLP-1<br><br>Writ of Habeas Corpus Ad Prosequendum |

TO:  Superintendent, 2321 W. Dayton Airport Road, Shelton, WA 98584, and to any United States Marshal

GREETINGS

　　　The Court hereby ORDERS you to deliver the body of JOEY JOSE LOPEZ, now in your custody, TO THE Benton County Jail, 7122 W. Okanogan Pl., Kennewick, WA 99336, for an appearance before the Honorable Alexander C. Ekstrom, Magistrate Judge of the United States District Court, in the United States Courthouse, 825 Jadwin Avenue, Richland, Washington, on May 1, 2025, at the hour of 1:00 p.m. Defendant shall be transported to Benton County Jail at least one day prior to the date of hearing listed in this writ in order that the said Defendant in the above-entitled case may then and there be present for an initial appearance and arraignment at said time and place, and also at such other times as may be ordered by the said Court, and have you then and there this writ.

Writ of Habeas Corpus Ad Prosequendum - 1

The delivery of the body of said JOEY JOSE LOPEZ, to the courtroom of said United States District Court, as aforesaid, and then return to you of said Defendant to your custody shall be deemed sufficient compliance with the writ.

WITNESS the Honorable Alexander C. Ekstrom, Magistrate Judge of the United States District Court for the Eastern District of Washington.

Dated: April 7, 2025.

**Issued on**
9:40 am, Apr 07, 2025



SEAN McAVOY, Clerk
United States District Court
Eastern District of Washington

Writ of Habeas Corpus Ad Prosequendum - 2